IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| ALAINA HARRIS | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 8:14cv01529-PWG |
| CHERYL LEE-POW, D.C., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE OF WHITE FLINT MEDICAL & NATURAL HEALING CENTER, P.C., d/b/a RIFKIN CHIROPRACTIC AND WELLNESS CENTER**

The parties hereto, by their respective counsel, hereby stipulate to the dismissal of Defendant, White Flint Medical & Natural Healing Center, P.C., d/b/a Rifkin Chiropractic and Wellness Center, with prejudice.

_____/s/_____
Caragh Fay (Bar # 16955)
Fay Kaplan Law, P.A.
777 6th Street, NW, Suite 410
Washington, DC 20001
(201) 589-1300
**Attorneys for Plaintiff,
Alaina Harris**

_____/s/_____
Paul J. Weber, (Bar # 03570)
Hyatt & Weber, P.A.
200 Westgate Circle
Suite 500
Annapolis, MD 21401
**Attorneys for Defendant,
Cheryl Lee-Pow, D.C.**

_____/s/_____
Anthony J. Breschi (Bar # 4553)
Christina N. Billiet (Bar # 28841)
Waranch & Brown, LLC
1301 York Road, Suite 300
Lutherville, MD 21093
(410) 821-3500
**Attorneys for Defendant, White
Flint Medical & Wellness Center,
P.C. d/b/a Rifkin Chiropractic and
Wellness Center**

Approved.  /s/
08/18/14

Paul W. Grimm
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August, 2014, a copy of the foregoing Stipulation of Dismissal With Prejudice of White Flint Medical & Natural Healing Center, P.C., d/b/a Rifkin Chiropractic and Wellness Center was sent, via electronic filing, to:

Caragh Fay, Esquire
Molly Patricia Hoffman, Esquire
Fay Kaplan Law, P.A.
777 6th Street NW, Suite 410
Washington, DC 20001
**Attorneys for Plaintiff**

Paul J. Weber, Esquire
Adam Gregory Smith, Esquire
Hyatt & Weber, P.A.
200 Westgate Circle
Suite 500
Annapolis, MD 21401
**Attorneys for Co-Defendant,
Cheryl Lee-Pow, D.C.**

                                              /s/
                                 Anthony J. Breschi (Bar # 04553)
                                 Christina N. Billiet (Bar # 28841)
                                 ABreschi@waranch-brown.com
                                 CBilliet@waranch-brown.com
                                 Waranch & Brown, LLC
                                 1301 York Rd., Suite 300
                                 Lutherville, Maryland 21093
                                 (410) 821-3500
                                 (410) 821-3501
                                 **Attorneys for Defendant, White Flint Medical
                                 and Natural Healing Center, P.C. d/b/a Rifkin
                                 Chiropractic and Wellness Center**