**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| **ALAINA HARRIS,** | * |
|     **Plaintiff,** | * |
| **v.** | *   Case No.: PWG-14-1529 |
| **CHERYL LEE-POW, D.C.** *et al.*, | * |
|     **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the Memorandum Opinion issued this same date, it is, this 13th day of April, 2015, hereby ORDERED

1. Defendants' Motion to Dismiss and the Motion to Strike incorporated into Defendants' Motion to Dismiss, ECF No. 64, ARE DENIED.[1]

                                          /S/
                                      Paul W. Grimm
                                      United States District Judge

lyb

---

[1] Defendants' Supplement is incorrectly marked as a motion. The Clerk IS DIRECTED to remove this designation.